D. C. Cir. [Certiorari granted, *ante*, p. 933.] John F. Manning, Esq., of Cambridge, Mass., is invited to brief and argue this case as *amicus curiae* in support of the position that the 180-day statutory time limit for filing an appeal with the Provider Reimbursement Review Board from a final Medicare payment determination made by a fiscal intermediary, 42 U. S. C. § 1395*oo*(a)(3), may not be extended for any period.

No. 11–915. LARA ET AL. *v.* OFFICE OF PERSONNEL MANAGEMENT, 566 U. S. 974;

No. 11–1053. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. *v.* JOHNSON, 566 U. S. 650;

No. 11–1091. MACKINNON *v.* CITY OF NEW YORK HUMAN RESOURCES ADMINISTRATION, 566 U. S. 987;

No. 11–1104. DOAL *v.* DEPARTMENT OF DEFENSE ET AL., 566 U. S. 988;

No. 11–7928. BRIDGES *v.* UNITED STATES, 566 U. S. 1011;

No. 11–8273. GREER *v.* OKLAHOMA, 565 U. S. 1266;

No. 11–8361. SIMS *v.* UNITED STATES ET AL., 565 U. S. 1268;

No. 11–8708. SOLIS *v.* HARRISON, WARDEN, 566 U. S. 942;

No. 11–8798. LEPRE *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 566 U. S. 945;

No. 11–8857. PYATT *v.* SOUTH CAROLINA, 566 U. S. 946;

No. 11–8952. STONE *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL., 566 U. S. 976;

No. 11–8959. BOBO *v.* FRESNO COUNTY DEPENDENCY COURT, 566 U. S. 976;

No. 11–8963. PROPES *v.* DISTRICT ATTORNEY OFFICE ET AL., 566 U. S. 976;

No. 11–9017. MASSEY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 566 U. S. 977;

No. 11–9042. OWENS *v.* BUSH ET AL., 566 U. S. 966;

No. 11–9054. ADAMS *v.* TYSON FOODS, INC., 566 U. S. 991;

No. 11–9077. PONCE *v.* TEXAS, 566 U. S. 991;

No. 11–9102. MACON *v.* DAVIS, WARDEN, 566 U. S. 992;

No. 11–9107. MCDONALD *v.* LIPOV ET AL., 566 U. S. 992;

No. 11–9121. HUNTER *v.* BOWDEN ET AL., 566 U. S. 993;

No. 11–9177.  GERMAN *v.* BROWARD COUNTY SHERIFF'S OFFICE ET AL., 566 U. S. 994;

No. 11–9216.  CARICO *v.* WOODS, WARDEN, 566 U. S. 995;

No. 11–9220.  ELLISON *v.* ILLINOIS, 566 U. S. 995;

No. 11–9256.  BLAKELY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, 566 U. S. 996;

No. 11–9257.  KEMPPAINEN *v.* ARANSAS COUNTY DETENTION CENTER, 566 U. S. 996;

No. 11–9338.  WHITMORE *v.* LOUISIANA, 566 U. S. 1012;

No. 11–9378.  DUMA *v.* FANNIE MAE ET AL., 566 U. S. 967;

No. 11–9397.  BETANCOURT *v.* FLORIDA DEPARTMENT OF CORRECTIONS, 566 U. S. 1013;

No. 11–9403.  WRIGHT *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 566 U. S. 979;

No. 11–9408.  PHERNETTON *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, 566 U. S. 998;

No. 11–9418.  WILSON *v.* FLORIDA, 566 U. S. 998;

No. 11–9442.  GORBATOVA *v.* SOCIAL SECURITY ADMINISTRATION, 566 U. S. 998;

No. 11–9443.  GORBATOVA *v.* SOCIAL SECURITY ADMINISTRATION, 566 U. S. 998;

No. 11–9469.  RAI *v.* BARCLAYS CAPITAL, INC., 566 U. S. 979;

No. 11–9479.  STRICKLAND *v.* SMALL, WARDEN, 566 U. S. 1024;

No. 11–9605.  COX *v.* MADIGAN, ATTORNEY GENERAL OF ILLINOIS, ET AL., 566 U. S. 1000;

No. 11–9614.  LAND *v.* FLORIDA, 566 U. S. 1015;

No. 11–9659.  HELLER *v.* OFFICE OF PERSONNEL MANAGEMENT, 566 U. S. 1026;

No. 11–9709.  BLACKWELL *v.* UNITED STATES, 566 U. S. 1001;

No. 11–9762.  DEERE *v.* PALMER, WARDEN, ET AL., 566 U. S. 1027;

No. 11–9817.  WILLIAMS *v.* UNITED STATES, 566 U. S. 1004; and

No. 11–9828.  DESCAMPS *v.* BUSH ET AL., 566 U. S. 1015.  Petitions for rehearing denied.

No. 11–10188.  WYATT *v.* UNITED STATES, 566 U. S. 1043.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.